THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
California State Bar No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, CA 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail   : marcus.kerner@usdoj.gov
Attorneys for Defendant,
Michael J. Astrue, Commissioner of
Social Security

JS-6
ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
AUG 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ALICE JEFFERSON,  )  No. CV 07-6895-RNB
        Plaintiff,  )  JUDGMENT OF REMAND
    v.  )
MICHAEL J. ASTRUE,  )
COMMISSIONER OF SOCIAL  )
SECURITY,  )
        Defendant.  )

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: August 21, 2008

/s/ R N Block

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY