JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 340
Los Angeles, California 90036
Telephone No. (323) 938-4000
Facsimile No. (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE JEFFERSON, | NO. CV 07-6895 RNB |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The Court having received a Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA) in the amount of three thousand four hundred dollars and no cents ($3,400.00),

IT IS HEREBY ORDERED that plaintiff's counsel, as plaintiff's assignee, be awarded EAJA fees in the amount stipulated.

DATED: October 30, 2008

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

1